ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEPREET SINGH,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | CASE NO. 2:26-CV-02663-TLN CSK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On May 19, 2026, Plaintiffs filed a complaint seeking relief under the Administrative Procedures Act relating to delay in processing Form I-485 Application for Adjustment of Status. The Complaint was served on August 17, 2026, making the current response deadline October 16, 2026. Counsel for Defendants has only very recently consulted with counsel for defendant United States Citizenship and Immigration Services ("USCIS") regarding its position on the facts and law relating to the allegations. The parties have now opened a dialogue but will need time to meaningfully discuss the current status, facts, and law. Based on this status, the parties stipulate and jointly request an extension of the current deadline for Defendants to respond for a period of approximately thirty (30) days. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

///

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other responsive pleading is November 16, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

DATED: October 16, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Christina Sullivan Castro (as authorized on October 16, 2026)*
CHRISTINA SULLIVAN CASTRO
Counsel for Plaintiff

**ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including November 16, 2026 to file their response or alternate pleading; and
2. Any and all other deadlines shall be extended for a similar period of time.

DATED: October 16, 2026

Troy L. Nunley
Chief United States District Judge